IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LEE JOHNSON,

        Petitioner,                  No. CIV S-07-1161 GEB EFB P

       vs.

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SHASTA, et al.,

        Respondents.         <u>ORDER</u>

_____/

       Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254.

       A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a).

       Petitioner has neither paid the fee nor submitted a complete application for leave to proceed *in forma pauperis*.

       Within 30 days from the day this order is served, petitioner may submit either the filing fee or a complete application required by section 1915(a). Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

////

////

1

1 | The Clerk of the Court is directed to mail to petitioner a form application for leave to
2 | proceed *in forma pauperis*.
3 | So ordered.
4 | Dated: July 2, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2