IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LEE JOHNSON,

    Petitioner,                    No. CIV S-07-1161 GEB EFB P

    vs.

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SHASTA, et al.,

    Respondents.                ORDER

/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time in which to file a responsive pleading. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' October 24, 2007, request is granted and respondents have 30 days from the date this order is served to file a response.

Dated: October 30, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE